IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICAH CURTIS, individually, and on behalf of all persons similarly situated, and the general public,<br><br>        Plaintiff,<br>  v.<br><br>STEPHEN GOULD CORPORATION, a New Jersey Corporation, TOM KLOSINKSI, an individual, and DOES 1 through 10, inclusive,<br><br>        Defendants.<br>_____/ | No. C 13-04433  RS<br><br>**CASE MANAGEMENT<br>SCHEDULING ORDER** |

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on January 23, 2014.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.     ALTERNATIVE DISPUTE RESOLUTION.  The parties are hereby REFERRED to a randomly assigned Magistrate Judge for the purpose of engaging in a settlement conference, to take place, ideally, within the next 90 days.

      2.     FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management Conference shall be held on **April 24, 2014 at 10:00 a.m.** in Courtroom 3, 17th

1  Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The
2  parties shall file a Joint Case Management Statement at least one week prior to the Conference,
3  including proposed dates through a hearing on any motion for class certification.
4      IT IS SO ORDERED.

6  DATED:   January 23, 2014

                    RICHARD SEEBORG
                    United States District Judge