# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL CONFERENCE MINUTE ORDER

**CASE NO. C 13-04433-RS (DMR)**

**CASE NAME: MICAH CURTIS v. STEPHEN GOULD CORP.**

| | |
|---|---|
| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY:** Ivy Garcia |
| **DATE**: March 17, 2014     **TIME:** 4.25 Hrs. | **FTR**: 2:12-2:18 |
| **COUNSEL FOR PLAINTIFF:**<br>Michael Hoffman<br>Leonard Emma<br>Stephen Ilg | **COUNSEL FOR DEFENDANT:**<br>Cheryl Orr |

## PROCEEDINGS

[ ]  CASE MANAGEMENT CONFERENCE

[X]  SETTLEMENT CONFERENCE HELD

[ ]  DISCOVERY CONFERENCE

[ ]  MOTION HEARING

[ ]  OTHER: _____

CASE CONTINUED TO: _____ FOR _____

NOTES: Matter fully settled.

cc:    Chambers; Corinne Lew (CRD of Judge Richard Seeborg)