| | |
|---|---|
| CHERYL D. ORR (SBN #143196)<br>cheryl.orr@dbr.com<br>DRINKER BIDDLE & REATH LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510 | WILLIAM R. HORWITZ (*pro hac vice*)<br>william.horwitz@dbr.com<br>DRINKER BIDDLE & REATH LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 549-7142<br>Facsimile: (973) 360-9831 |

Attorneys for Defendant
STEPHEN GOULD CORPORATION

LEONARD EMMA (SBN#224483)
STEPHEN ILG (SBN #275599)
EMPLOYMENT LAWYERS
580 California Street, Suite 1600
San Francisco, CA 94104
Telephone: (415) 362-1111
Facsimile: (415) 362-1112

Attorneys for Plaintiff
MICAH CURTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICAH CURTIS, individually, and on behalf of all persons similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN GOULD CORPORATION, a New Jersey Corporation, TOM KLOSINKSI, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 13-cv-04433-~~JCS~~ RS<br><br>Order<br>**STIPULATION OF DISMISSAL WITHOUT COSTS** |

STIPULATION OF DISMISSAL
FP01/ 7160332

CASE NO. 13-CV-04433-JCS

THE MATTER in dispute having been amicably resolved, it is hereby stipulated and agreed by and between the undersigned that all claims in the above-captioned matter are hereby dismissed in their entirety as follows: (1) all individual claims that plaintiff Micah Curtis asserted on an individual basis in the above-captioned matter are hereby dismissed in their entirety with prejudice as against all parties and without costs against any party; and (2) all class action claims that plaintiff Micah Curtis asserted on behalf of anyone other than herself in the above-captioned matter are hereby dismissed in their entirety without prejudice as against all parties and without costs against any party.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| EMPLOYMENT LAWYERS<br>Attorneys for Plaintiff<br>Micah Curtis<br>580 California Street, Suite 1600<br>San Francisco, California 94104<br>Telephone: (415) 362-1111<br>leonard.t.emma@gmail.com | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendant<br>Stephen Gould Corporation<br>50 Fremont Street, 20th Floor<br>San Francisco, California 94105<br>Telephone: (415) 591-7503<br>cheryl.orr@dbr.com |
| By: _____<br>STEPHEN ILG<br><br>Dated: 4 / 10 / 2014, 2014 | By: _____<br>CHERYL D. ORR<br><br>Dated: April 22, 2014 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/24/14     _____

STIPULATION OF DISMISSAL
FP01/ 7160332

CASE NO. 13-CV-04433-JCS